Emma G. Everall v. James W. Henning.— Motion denied, with ten dol-

lars costs.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.